IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEVERA MILES, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: CV421-362 |
| HOLMBERG FARMS, INC., HOME DEPOT USA, INC. d/b/a "THE HOME DEPOT" and JOHN DOES NOS. 1-10, | * |
| Defendants. | * |

## NOTICE OF REMOVAL

COME NOW Holmberg Farms, Inc., a defendant in the above-styled action, and pursuant to 28 U.S.C. §1441 at et. seq., hereby file this notice of removal of the action herein referred to from the State Court of Chatham County, Georgia to the United States District Court for the Southern District of Georgia, Savannah Division, respectfully showing to the Court the following:

1.

Holmberg Farms, Inc., is a defendant in the civil action brought against it in the State Court of Chatham County, Georgia entitled <u>Devera Miles v. Holmberg Farms, Inc., Home Depot USA, Inc. d/b/a "The Home Depot" and John Does Nos. 1-10</u>, an action designed as Civil Action Number STCV21-02095.

2.

Copies of all pleadings served upon Holmberg Farms in said action are attached hereto as exhibit "A". A copy of the answer filed by Holmberg Farms is attached hereto as exhibit "B".

3.

Said action was commenced by the filing of the complaint against defendants on November 4, 2021.

4.

Defendant Holmberg Farms, Inc., was served with the summons and complaint on November 22, 2021, by Robert Acosta of the Hillsborough County Florida Sheriff's Office.

5.

Defendant Home Depot USA, Inc., d/b/a The Home Depot was served with the summons and complaint on December 1, 2021.

6.

The controversy between plaintiff and defendants is a controversy between citizens of different states.

7.

At the commencement of said action and at all times thereafter:

(a) Holmberg Farms is a Florida corporation with its principal place of business in the Florida; therefore, Holmberg Farms is a citizen of the state of Florida;

(b) Defendant Home Depot USA, Inc., d/b/a The Home Depot is a citizen of the United States who is domiciled in the

state of Delaware; therefore, defendant Home Depot USA, Inc., d/b/a The Home Depot is a citizen of the state of Delaware;

(c) Plaintiff is a citizen of the United States who is domiciled in the state of Georgia; therefore, plaintiff is a citizen of the state of Georgia.

8.

Based upon the allegations in plaintiff's complaint, the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is a civil action brought in a State Court over which the United States District Court has original jurisdiction because of diversity of citizenship between the parties, pursuant to 28 U.S.C. §1332.

9.

The pending action isone which may be removed to this Court, and this notice of removal is filed pursuant to 28 U.S.C. §1441, at et. seq.

10.

Defendant Holmberg Farms, Inc., has filed this notice of removal within 30 days after service of the summons and complaint upon the it.

11.

Written notice of the filing of this notice of removal and of the above-styled action is being delivered to all parties, through their counsel. A copy of this notice of removal will be

filled promptly with the State Court of Chatham County, Georgia.

12.

The Undersigned has read this notice of removal, and to the best of the Undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well grounded in fact, it is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of the litigation.

WHEREFORE, the defendant Holmberg Farms, Inc., prays that this notice of removal be filed, that said action designed as Civil Action Number STCV21-02095 in the State Court of Chatham County, Georgia be removed to and proceed in this Court, and that no further proceedings be had in said case in the State Court of Chatham County, Georgia.

This 22nd day of December, 2021.

YOUNG, THAGARD, HOFFMAN

BY: /s/ W. Justin Purvis
W. Justin Purvis
State Bar No. 533856
Attorney for Defendant
Holmberg Farms, Inc.

P.O. Box 3007
Valdosta, GA   31604
(229)242-2520
(229)242-5040
E-mail: justinpurvis@youngthagard.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/EDF system and upon the following by mailing a copy thereof, under sufficient postage to ensure delivery and properly addressed to:

>Mr. James Kurhajian
>Mr. David Dozier
>Dozier Law Firm, LLC
>401 Mall Blvd. Ste. 103-E
>Savannah, GA 31406

This 22nd day of December, 2021.

>/s/ W. Justin Purvis
>W. Justin Purvis
>Attorney for Defendant
>Holmberg Farms, Inc.