RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 11/4/2021 10:49 AM

Brian K. Hart -Clerk of Court



# In The State Court of Chatham County

133 Montgomery Street, Room 501, Savannah, GA 31401

www.statecourt.org  •  Phone (912) 652-7224  •  FAX (912) 652-7229  •  clerk@statecourt.org

**Devera Miles**

STCV21-02095

Plaintiff          Case Number

Vs

Holmberg Farms, Inc, Home Depot USA, Inc d/b/a The Home Depot and John Does Nos 1-10

Address of Defendant
13430 Hobson Simmons Rd.
Lithia FL 33547

SERVED
TRUE COPY
11-22-21
Month Day Year
Time ____ AM/PM
Hillsborough County, Florida
BY _____ DEPUTY SHERIFF
7821

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Holmberg Farms, Inc. c/o Douglas A. Holmberg

Defendant's Address 13430 Hobson Simmons Rd. Lithia FL 33547

You are hereby summoned and required to efile (https://georgia.tylerhost.net/ofsweb/) with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

James E. Kurhajian
Dozier Law Firm, LLC
401 Mall Blvd. Ste 103E
Savannah GA 31406

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

Brian K. Hart
**CLERK OF COURT**
*State Court of Chatham County*

/s/ Moneisha Green

Deputy Clerk, State Court of Chatham County

PRINT



EXHIBIT A

27. Summons 03-24-2021

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 11/4/2021 10:49 AM       *Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DEVERA MILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.   STCV21-02095 |
| v. | ) |
| | ) |
| HOLMBERG FARMS, INC., | ) |
| HOME DEPOT USA, INC. d/b/a | ) |
| "THE HOME DEPOT" and | ) |
| JOHN DOES NOS. 1-10, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORIGINAL COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff in the above styled action, by and through her undersigned attorneys of record, and hereby file this Complaint for Damages, respectfully showing this Honorable Court the Following:

1.

The Defendant HOLMBERG FARMS, INC. (hereinafter "Holmberg Farms") is a foreign Corporation who owns, operates, and/or supplies the retail establishment and premises located at 1901 E. Victory Drive, Savannah, Georgia (hereinafter "subject premises"), subjecting it to the venue and jurisdiction of this Court.

2.

The Defendant HOME DEPOT USA, INC. d/b/a 'The Home Depot Store #170' (hereinafter "Home Depot") is a Foreign Profit Corporation who owns and/or operates the retail establishment and premises located at 1901 E. Victory Drive, Savannah,

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 11/4/2021 10:49 AM        *Brian K. Hart* -Clerk of Court

Georgia (hereinafter "subject premises"), and whose principal place of business is in Georgia, subjecting it to the venue and jurisdiction of this Court. O.C.G.A. §14-2-510.

3.

The Defendant John Does Nos. 1-10, at all times relevant to this Complaint for Damages, was and is an employee and/or agent of the Defendants Holmberg Farms and/or Home Depot, subjecting him or her to the jurisdiction and venue of this Court as a joint tort-feasor.

4.

On or about July 31, 2020, on the premises of 1901 E. Victory Drive, Savannah, Georgia, the Plaintiff, as an invitee, slipped and/or tripped and fell on a dangerous object due to the negligence of the Defendants Holmberg Farms, Home Depot, and John Does Nos. 1-10.

5.

The Defendant John Does Nos. 1-10, an employee and/or agent of the Defendants Holmberg Farms and Home Depot, was negligent, as pled in ¶4, by failing to provide sufficient warning of the subject dangerous object, by failing to remove the dangerous object, and by failing to use ordinary caring in preventing hazardous conditions that could result in a slip and/or fall.

6.

The Defendants Home Depot and Holmberg Farms, the owner, supplier, and/or operator of the subject premises, was negligent, as pled in ¶4, by failing to provide sufficient warning of the subject dangerous substance, by failing to remove the dangerous substance, by failing to use ordinary caring in preventing hazardous conditions that could

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 11/4/2021 10:49 AM          *Brian K. Hart* -Clerk of Court

result in a trip, slip, and/or fall, and by hiring and retaining an unsafe employee(s), to wit: Defendant John Does Nos. 1-10.

7.

As a proximate and foreseeable result of the Defendants' negligence, the Plaintiff was seriously injured, incurring medical expenses in excess of $71,512.00, as well as lost wages in excess of $1.00.

8.

In addition to ¶7, the Plaintiff has endured and will continue to endure pain and suffering.

9.

The Plaintiff has a cause of action against the Defendant John Does Nos. 1-10 for negligence and all other applicable theories of liability.

10.

The Plaintiff has a cause of action against the Defendant Holmberg Farms, Inc. for negligence, negligent hiring and retention of an unsafe employee(s), respondeat superior, and all other applicable theories of liability.

11.

The Plaintiff has a cause of action against the Defendant Home Depot USA, Inc. for negligence, negligent hiring and retention of an unsafe employee(s), respondeat superior, and all other applicable theories of liability.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 11/4/2021 10:49 AM        *Brian K. Hart* -Clerk of Court

12.

The Plaintiff is entitled to recover from the Defendants for her past and future medical expenses, lost wages, past and future pain and suffering, and all other Damagers as permitted by Law.

WHEREFORE, Plaintiff prays that she have a judgment against the Defendants in an amount determined by a fair and impartial jury to be adequate and just.

This 4th Day of November 2021.

James Kurhajian
GA Bar No. 917396
David Dozier
GA Bar No. 228898
Attorneys for Plaintiff

DOZIER LAW FIRM, LLC
401 Mall Blvd. Ste. 103-E
Savannah, GA 31406
(912) 239-4395
(912)239-4401
james@dozierlaw.com