AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEVERA MILES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 4:21-362

HOLMBERG FARMS, INC.; HOME DEPOT USA, INC., d/b/a The Home Depot; and JOHN DOES NOS. 1-10;

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of February 17, 2022, this case is remanded to the State Court of Chatham County, Georgia, for further proceedings. This case stands closed.



| 02/18/2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020